IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALICE JOHNSON, | CV 21–130–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| WALMART, INC., | |
| Defendant. | |

The parties having filed a Stipulation for Dismissal with Prejudice (Doc. 21), pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 4th day of March, 2022.

_____
Donald W. Molloy, District Judge
United States District Court